FILED
October 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003019943

(4)

JEFFREY S. OGILVIE
Attorney at Law
CSB #160168
1330 West Street
Redding, CA 96001
(530) 241-1100 / Fax (530) 241-6553

Attorney for Debtor: JUAN MANUEL MONTANEZ

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| In re:<br><br>JUAN MANUEL MONTANEZ<br><br>                  Debtor | CASE NO.: 10-30910-E-13L<br><br>DCN:    JSO-008<br><br>Date:   12-21-10<br>Time:  2:00 PM<br>Ctrm:  33, 6TH FLOOR<br>Judge: SARGIS |

**EXHIBIT IN SUPPORT TO VALUE COLLATERAL OF
HARLEY-DAVIDSON CREDIT CORP.**

1. NADA value for average retail.

2. Harley-Davison Purchase Contract

DATE: 10-14-10

_____
JEFFREY S. OGILVIE
Attorney for Debtors

EXHIBIT IN SUPPORT TO VALUE COLLATERAL, CASE NO.: 10-30910-E-13L DCN: JSO-008



**Vehicle Pricing & Information**
NADAguides.com

4/5/2010

Motorcycle/ATVs
**1996 HARLEY-DAVIDSON Road/Street FLSTC HERITAGE (SOLID)**

Model: FLSTC HERITAGE (SOLID)
Piston Displacement (CCs): 1340
Stroke: 4    Speeds: 5
Cylinders: 2    Dry Weight: 704

| Base Price | Low Retail | Average Retail |
|---|---|---|
|  | $6,210 | $6,775 |
| **TOTAL PRICE** | **$6,210** | **$6,775** |

Suggested List: $14,435

Notes

DUE TO CUSTOM FEATURES SUCH AS CHROME, PAINT, ENGINE MODIFICATIONS, AND MARKET CONDITIONS, SOME VALUES MAY INCREASE BY AS MUCH AS 10%-30%.
(*)EQUIPPED WITH ELECTRONIC SEQUENTIAL PORT FUEL INJECTION.

Value Explanations

Prices shown are retail consumer values and are to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

Suggested List — The manufacturer's (distributors) highest suggested list price in the U.S.A. when the unit was new. Unless indicated, the suggested list price does not include destination charges, dealer set-up, state or local taxes, license tags or insurance.

Low Retail Value — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. Low Retail is not trade-in value.

Average Retail Value — An average retail unit should be clean without obvious defects. All rubber and cables should be in good condition. The paint should match and have a good finish. All lights and switches should work properly. The mileage should be within or slightly higher than the average range. This unit should also pass any emission inspection.

Back to Top

©Copyright 2010 NADAguides.com. All Rights Reserved.

# Eaglemark Savings Bank

**PROMISSORY NOTE AND SECURITY AGREEMENT ("CONTRACT") (SIMPLE INTEREST)**

| BORROWER Name and Address | CO-BORROWER Name and Address | Lender Name and Address |
|---|---|---|
| JUAN MONTANEZ<br>4310 STARTHMORE DR<br>REDDING CA 96002 | | Eaglemark Savings Bank ("ESB")<br>P.O. Box 22048<br>Carson City, NV 89721-2048 |

**Definitions.** The words "You" and "Your" mean the Borrower and Co-Borrower(s), if any, who sign(s) below. The word "Lender" means Eaglemark Savings Bank, its successors and assigns ("ESB"). The word "Contract" means this Promissory Note and Security Agreement. The word "Vehicle" means any one or more of the following: motorcycle, motor vehicle.

**Promise to Pay.** You promise to pay the Lender the Amount Financed plus interest figured on a daily basis on the unpaid balance as set forth in this Contract and in the Truth In Lending Disclosures set forth below.

## VEHICLE DESCRIPTION OF PURCHASE

| MAKE | YEAR | NEW/USED | MODEL | COLOR | VEHICLE IDENTIFICATION NO. |
|---|---|---|---|---|---|
| HD | 1996 | USED | FLSTC | PURPLE | 1HD1BJL52TY026548 |

Description of the body and major items of equipment sold:

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of Your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost You. (Estimate) | Amount Financed<br>The amount of credit provided to You or on Your behalf. | Total of Payments<br>The amount You will have paid after You have made all payments as scheduled. (Estimate) |
|---|---|---|---|
| 11.490 % | $ 5,017.04 | $ 12,910.24 | $ 17,927.28 |

**Prepayment:** If You pay off all Your debt early, You will not have to pay a prepayment premium or penalty.
**Security Interest:** You are giving a security interest in the Vehicle and any other property purchased in the transaction identified in the Motorcycle Purchase Agreement ("Collateral"). Any of Your property securing Your other obligations to Lender also secures Your obligation under this Contract.
**Late Charges:** If any payment is more than ten (10) days late You will be charged $10 or 5% of the late amount, whichever is greater, with a maximum of $50.
**Additional Information:** See the other side of this Contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows: |
|---|---|---|---|
| 72 | 248.99 | Monthly beginning: 04/19/2007 | PAID IN FULL |

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1. Amount Given to You Directly | $(1) | N/A |
| 2. Amount Paid on Your Account | $(2) | N/A |
| 3. Amount Paid to Others on Your Behalf | | |
| A. To (Dealer No.) 0285 (Dealer Name) REDDING HARLEY-DAVIDSON, INC. | $(A) | 12,392.74 |
| B. To Insurance Companies* | $(B) | N/A |
| C. To Public Officials | $(C) | 18.50 |
| D. Others* To ___ For DEBT PROTECTION | $(D) | N/A |
| E. Others* To AHIS For GAP CONTRACT | $(E) | 499.00 |
| F. Others* To ___ For SERVICE CONTRACT | $(F) | N/A |
| Total Amount Paid to Others on Your Behalf (add A thru F) | $(3) | |
| 4. Amount Financed (1+2+3) | $(4) | 12,910.24 |

**Optional Credit Life/Disability Insurance, GAP Contract (Waiver), Debt Protection:** Credit life and credit disability insurance, GAP contract and Debt Protection, are not required to obtain credit and will not be provided unless you sign for them and agree to pay the additional cost. If you want any of these, check the program desired and sign below. If you have chosen any of these protections, the cost is shown below. Please refer to the separate agreement for any chosen program for details on the protection it provides.

| TYPE | COST (SEE 3B AND D-F) | Signature (if financed) | Decline to Purchase Initials |
|---|---|---|---|
| Credit Life (Borrower) | N/A | I want Credit Life X___ | Jm |
| Credit Life (Co-Borrower) | N/A | I want Credit Life X___ | Jm |
| Credit Life (Joint) | N/A | We want Credit Life X___ | Jm |
| Credit Disability (Borrower Only) | N/A | I want Credit Disability X___ | Jm |
| Credit Life & Disability (Borrower Only) | N/A | I want Credit Life & Disability X___ | Jm |
| GAP Contract (Borrower Only) | 499.00 | I want GAP Contract X Jm | |
| Debt Protection | N/A | I want Debt Protection X___ Borrower X___ Co-Borrower | Jm Borrower ___ Co-Borrower |

* Dealer/Seller and/or Lender and/or others may retain, or receive, a portion of these amounts.
You authorize the Lender to disburse funds as specified above in the Itemization of Amount Financed.
The Annual Percentage Rate may be negotiated with the dealership that sold You the Vehicle. We may share part of the Finance Charge with the dealership that sold You the Vehicle.

## IMPORTANT SIGNATURES AND NOTICES

**NOTICE:** See the other side of this Contract for OTHER IMPORTANT AGREEMENTS.
Do not sign this Contract before You read it or if it contains any blank spaces. You are entitled to a completed copy of this Contract. If You pay the amount due before the scheduled date of maturity of the indebtedness, You will not be responsible for a prepayment penalty. If You fail to perform Your obligations under this Contract, the Collateral may be repossessed and You may be liable for the unpaid indebtedness evidenced by this Contract.

You signed this Contract and received a copy on: __March__ (Month) __20__ (Day) __2007__ (Year)

Borrower/Co-Borrower obligations are joint and several to each. A Co-Borrower is a person who is responsible for paying the entire debt.
Other Owner: An Other Owner is a person whose name is on the title to the Vehicle but who does not have to pay the debt.
The Co-Borrower and/or Other Owner (if applicable) knows that the Lender has a security interest in the property purchased in this transaction ("Collateral") and consents to the security interest.

BORROWER signs below
By: X _[signature]_
Print name: Juan Montanez

CO-BORROWER signs below
By: X
Print name:

OTHER OWNER signs below
By: X ___ Other Owner print name: ___

revised 11/2004   White: ORIGINAL/EAGLEMARK   Yellow: BORROWER(S)   Pink: OTHER   Gold: RECORDING

## OTHER IMPORTANT AGREEMENTS

# Eaglemark Savings Bank

1. **Finance Charge.** The Finance Charge accrues each day at the Annual Percentage Rate on the unpaid balance of the Amount Financed until paid in full. Where applicable and not prohibited by law, the Lender will apply each payment first to any past due amounts on the account in the following order: Finance Charges, Insurance Charges, Expenses, Fees and the unpaid balance of the Amount Financed. Where applicable and not prohibited by law, payments are then applied to the Monthly Payment Amount on the account in the following order: Finance Charges, Insurance Charges, Expenses, Fees and the unpaid balance of the Amount Financed. After all past due amounts (if applicable) and the Monthly Payment Amount are satisfied, any excess amount received will be applied to the unpaid balance of the Amount Financed.

2. **Late Payments and Early Payments.** The disclosures of the Finance Charge and Total of Payments are based on the assumption that You will make every payment on the day it is due, according to the Payment Schedule. Since the Finance Charge accrues daily, You will pay more Finance Charge and Your Finance Charge and Total of Payments will be more if You pay late. You will pay less Finance Charge and Your Finance Charge and Total of Payments will be less if You pay early. If You pay early, the effect will be that Your last payment will be smaller. If You pay late You may have one or more additional payments. The amount of such additional payment(s) will not exceed the amount shown on the Payment Schedule.

3. **Ownership and Risk of Loss.** You agree to pay the Lender all You owe under this Contract even if the Vehicle is damaged, destroyed or missing. You and any Other Owner agree to keep the Vehicle in good condition or repair. You and any Other Owner agree not to remove the Vehicle from the United States, and not to sell, lease or otherwise transfer any interest in the Vehicle or this Contract without the Lender's written permission. You and any Other Owner agree to protect the Vehicle from claims of third persons. You and any Other Owner agree not to expose the Vehicle to misuse or confiscation. Your and any Other Owner will make sure the Lender's security interest (lien on) the Vehicle is shown on the title, or on other documentation acceptable to the Lender. You and any Other Owner agree to provide all acts, things and writings as the Lender may at any time request to protect or enforce its rights in the Vehicle and other collateral. You and any Other Owner will not do anything to defeat the Lender's Lien. If the Lender pays any repair bills, storage bills, taxes, fines, or other charges on the Vehicle, You agree to repay the amount when the Lender asks for it.

4. **Security Interest.** You and any Other Owner grant the Lender a purchase money security interest in the Vehicle specified on the front of this Contract and any of the following that are purchased and financed in connection with this Contract: (1) any accessories, equipment, and replacement parts installed on the Vehicle; (2) any insurance premiums and charges for service, Debt Protection or GAP contracts returned to the Lender; (3) any proceeds of insurance policies, service, Debt Protection or GAP contracts on the Vehicle; and (4) any proceeds of insurance policies on Your life or health which are financed through this Contract. The Vehicle and all other property subject to a security interest or lien in the Lender's favor is called the "Collateral". The Collateral secures payment of all amounts You owe on the Contract and on any transfer, renewal, extension or assignment of this Contract. It also secures Your other agreements in this Contract. To the extent permitted by applicable law, the Collateral under this Contract also secures Your other obligations to Lender, whether now owing or incurred after the date of this Contract.

5. **Waiver of Suretyship Defenses by Other Owner.** Any Other Owner agrees that Lender may, without notice to or consent from the Other Owner, modify, waive, or enforce any of Lender's rights against a Borrower without affecting Lender's rights with respect to the Collateral or the Other Owner, even if such action affects the Other Owner's rights with respect to the Collateral or the Borrower. Any Other Owner waives (i) any right to require Lender to proceed against any person or property, or exercise any remedy, before enforcing Lender's rights with respect to the Collateral or the Other Owner, (ii) all presentments, protests, demands and notices of protest, dishonor and non-performance, and (iii) any defense rising out of enforcement of Lender's rights with respect to the Collateral or a Borrower, even if such enforcement results in the loss of subrogation, reimbursement or other rights that the Other Owner may have against a Borrower.

6. **Prepayment.** You may prepay the unpaid balance of the Amount Financed in full or in part at any time without penalty. If You do so, You must pay the earned and unpaid part of the Financed Charge and all other amounts due up to the date of payment.

7. **Required Physical Damage Insurance.** You agree to have physical damage insurance covering loss or damage to the Vehicle for the term of this Contract, showing the Lender (and its successors and assigns) as "additional insured and loss payee". At any time during the term of this Contract, if You do not have physical damage insurance which covers both Your interest and the Lender's interest in the Vehicle, then the Lender may buy it for You. If the Lender does not buy physical damage insurance which covers both interests in the Vehicle, it may, if it decides, buy insurance which covers only the Lender's interest.

8. **Late Charge.** You will have to pay a late charge on each payment received by the Lender more than ten (10) days late. The charge is shown on the front side of this Contract. Acceptance of a late payment or late charge does not excuse Your late payment or mean that You can keep making payments after they are due. The Lender may also take the steps set forth in the other applicable sections of this Contract if there is any late payment.

9. **Dishonored Check Charge.** The Lender may charge you a $35 Fee for the return by a depository institution of a dishonored check, negotiable order of withdrawal or share draft issued in connection with any payment due under this Contract.

10. **Optional Insurance, Service, Debt Protection or GAP Contracts.** This Contract may contain charges for optional insurance, service, Debt Protection, or GAP contracts. If the Vehicle is repossessed, You agree that the Lender may claim benefits under these contracts and terminate them to obtain refunds of unearned charges.

11. **Insurance, Service, Debt Protection or GAP Contract Refunds Received by Lender.** If any refund of premium for required insurance is received by the Lender, it may be credited to Your account or used to buy similar insurance or insurance which covers only the Lender's interest in the Collateral. Any refund of optional insurance, service, debt protection or GAP contracts will be credited to Your account. You will be notified of what is done. These credits will be applied first against accumulated Finance Charges and then against the unpaid balance of the Amount Financed. They will not excuse You from making payments in accordance with the payment schedule on the front of this Contract.

12. **Default; Required Payment in Full Before Scheduled Date.** If You fail to pay any payment when due; if You die or are declared legally incompetent; if a proceeding in bankruptcy, receivership or insolvency is started by You or against You or Your property; or if You break any of the agreements in this Contract (default), the Lender can demand that You pay in full either 1) all past due payments, or 2) all You owe on this Contract at once (not just past due payments, depending on state laws. After default, interest will continue to accrue at the interest rate (Annual Percentage Rate) shown on the front of this Contract.

If You reside in CO, CT, DC, IL, IA, KS, LA, ME, MD, MA, MO, NE, SC, WV, or WI, You will have an opportunity to cure your default* by paying the unpaid past due payments plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because You did not keep Contract promises.

13. **Repossession of Vehicle for Default of Contract.** Repossession means that (1) if You fail to pay according to the payment schedule or (2) if You fail to cure Your default in those states where the Lender may not take Your Vehicle until You are given the right to cure Your default, or (3) if You break any of the agreements in this Contract (default), the Lender can take the Vehicle from You. To take the Vehicle the Lender can enter Your property, or the property where the Vehicle is stored, so long as it is done peacefully. If there is any personal property in or on the Vehicle, such as clothing, the Lender may store it for You. Any accessories, equipment or replacement parts will remain with the Vehicle.

14. **Getting the Vehicle Back After Repossession.** If the Lender repossesses the Vehicle, You have the right to get it back. If You reside in CA, CT, DC, IL, MS, NY, OH, or WI, which mandate by law Your right to reinstate Your Contract*, You may get the Vehicle back by paying the unpaid past due payments plus the earned and unpaid part of the Finance Charge and all other amounts due as allowed by law, including the cost of taking and storing the Vehicle and other expenses that the Lender has incurred.

If you reside in any other state, You may redeem the Vehicle by paying the entire amount You owe on the Contract (not just past due payments). The amount You owe will be the entire unpaid balance of the Amount Financed plus the earned and unpaid part of the Finance Charge and all other amounts due, including the cost of taking and storing the Vehicle and other expenses that the Lender has incurred. Your right to redeem will end when the Vehicle is sold by the Lender.

15. **Sale of the Repossessed Vehicle.** The Lender will mail a written notice of sale to You no less than ten (10) and no more than (21) days (depending on the state You reside in) before selling the Vehicle. If You do not redeem the Vehicle, reinstate Your contract, or cure Your default (whichever is applicable) by the date on the notice, the Lender can sell it. The Lender will use the net proceeds of the sale to pay all or part of Your debt.

The net proceeds of sale will be figured this way: Any late charges and any charges for taking and storing the Vehicle, cleaning and advertising, etc., and either a portion, or all, of any attorney's fees (where permitted by state law) and court costs will be subtracted from the selling price, depending on State laws.

If You owe the Lender less than the net proceeds of sale, the Lender will pay You the difference, unless the Lender is required to pay it to someone else. For example, the Lender may be required to pay another lender who has given You a loan and also taken a security interest in the Collateral.

If You owe more than the net proceeds of the sale, You may be liable for payment to the Lender of the difference between the proceeds of the sale and what you owe (deficiency balance) when the Lender asks for it, unless prohibited by state laws. If You do not pay this amount when asked, You may also be charged interest on the deficiency balance at the Annual Percentage Rate in this Contract, subject to limits under applicable laws, until You do pay all You owe to the Lender.

16. **Collection Costs.** If the Lender hires an attorney to collect what You owe, You will pay the collection costs, reasonable attorney's fees (where permitted by state law) and any court costs.

17. **Delay in Enforcing Rights; Changes to This Contract.** The Lender can delay or refrain from enforcing any of its rights under this Contract without losing them. For example, the Lender may extend the time for making some payments without extending others.

You agree to be bound by any document provided by the Lender that changes the terms and conditions of this Contract due to state and federal law requirements. Any change in terms of this Contract must be in writing and signed by the Lender. No oral changes are binding. If any part of this Contract is not valid, all other parts will remain enforceable.

18. **Statements.** Upon written request from You, the Lender will provide You with a written statement of the date and amounts of instalment payments and the total amount unpaid on this Contract.

19. **Applicable Law.** This Contract has been submitted for acceptance and is deemed to have been executed in Carson City, Nevada. Eaglemark Savings Bank is chartered and regulated by the State of Nevada Department of Business and Industry Financial Institutions Division. This Contract and Your account will be governed by the laws of the State of Nevada and applicable Federal laws. If any provision of this Contract is prohibited by applicable law, such provision will be void, but the remaining provisions will remain valid and enforceable.

20. **Warranties Lender Disclaims.** You understand that the Lender is not offering any warranties and that there are no implied warranties of merchantability, of fitness for a particular purpose, or any other warranties, expressed or implied by the Lender, covering the Collateral.

This provision does not affect any warranties covering the Collateral which may be provided by the manufacturer of the Vehicle.

21. **Notice of Assignment.** Upon receipt and funding of this Contract by ESB, this Contract will automatically be assigned to Harley-Davidson Credit Corp., pursuant to the Master Assignment Agreement in effect between ESB and Harley-Davidson Credit Corp.

22. **Questions on Your Account.** To contact the Lender about this account, call (800) 699-2336.

---

* Note: Some cure and reinstatement states place limits on how often You may cure Your default within a specified time or during the term of Your obligation, or reinstate Your Contract after repossession of the Vehicle.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OR GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**